## 2196. FITZGERALD v. REID.

POWELL, J. The defendant having admitted a prima facie case in favor of the plaintiff, and having failed to sustain his plea by proof, the court did not err in directing the verdict against him. See *Krauss* v. *Flournoy*, ante, 322. *Judgment affirmed.*

Complaint; from city court of Abbeville—Judge Griffin presiding. August 10, 1909.

Submitted December 9, 1909.—Decided January 21, 1910.

*M. B. Cannon*, for plaintiff in error. *Haygood & Cutts*, contra.

## 2202. BURNETT v. ROME RAILWAY & LIGHT COMPANY.

POWELL, J. The petition alleged that the plaintiff, who was an old lady, unacquainted with the streets or their condition in the city of Rome, where the defendant operates a line of street-cars, took passage on one of the cars and made a contract with the conductor, by which he undertook, in consideration of the fare of five cents, to convey her as a passenger from that point to Cherokee street in south Rome; that the conductor failed to comply with his contract, and did not carry her to Cherokee street, but put her off the car at East Third street, and gave her a transfer, by which she was compelled to walk a quarter of a mile to another car; "that in going to said car petitioner fell, dislocated her hip and broke her hip;" that if she had known that she could not have been carried to south Rome without having to walk this distance, she, on account of her age, infirmity, and defective eyesight, would have employed a hack, or other means, and would not have attempted to get on the car. No direct connection between the defendant and the fall is alleged. The plaintiff sues for the personal injury received through the fall. *Held*, that the defendant's wrong, if any, was not the proximate cause of the injury; that the petition does not state a cause of action; and that it was properly dismissed on demurrer. *Central Ry. Co.* v. *Price*, 106 *Ga.* 176 (32 S. E. 77, 43 L. R. A. 402, 71 Am. St. R. 246); *Central Ry. Co.* v. *Edwards*, 111 *Ga.* 528 (36 S. E. 810).
*Judgment affirmed.*

Action for damages; from city court of Floyd county—Judge Hamilton. September 13, 1909.

Submitted December 20, 1909.—Decided January 21, 1910.

*M. B. Eubanks, W. B. Mebane*, for plaintiff.

*Dean & Dean*, for defendant.